1  CLEMENTE M. JIMÉNEZ, SBN 207136
2  428 J Street, Suite 355
   Sacramento, CA 95814
3  (916) 443-8055

4  Attorney for Defendant
5  DANIEL GOMEZ-GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:14-cr-219 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| v. | |
| DANIEL GOMEZ-GONZALEZ, et al., | DATE:   September 18, 2014<br>TIME:   9:30 a.m.<br>JUDGE:  Hon. Troy L. Nunley |
| Defendants. | |

  IT IS HEREBY STIPULATED by and between Assistant United States Attorney Christiaan Highsmith, Counsel for Plaintiff, and Attorneys Clemente M. Jiménez, Counsel for Defendant DANIEL GOMEZ-GONZALEZ, and Gilbert Roque, Counsel for Defendant ERIC GILBERTO PEREZ, that the status conference scheduled for September 18, 2014, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on October 16, 2014, at 9:30 a.m. for further status conference. Counsel require additional time to review discovery, conduct further investigation, as necessary, and confer with their respective clients.

  IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and

allowing the defendants further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:     September 16, 2014      /S/     Christiaan Highsmith_____
                                   CHRISTIAAN HIGHSMITH
                                   Attorney for Plaintiff

                                   /S/     Clemente M. Jiménez_____
                                   CLEMENTE M. JIMÉNEZ
                                   Attorney for DANIEL GOMEZ-GONZALEZ

                                   /S/     Gilbert Roque_____
                                   GILBERT ROQUE
                                   Attorney for ERIC GILBERTO PEREZ

## ORDER

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for September 18, 2014, at 9:30 a.m., be vacated and the matter continued to this court's criminal calendar on October 16, 2014, at 9:30 a.m. for further status conference. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

This 16th day of September, 2014

_____
Troy L. Nunley
United States District Judge