1  CLEMENTE M. JIMÉNEZ, SBN 207136
2  428 J Street, Suite 355
   Sacramento, CA 95814
3  (916) 443-8055

4
   Attorney for Defendant
5  DANIEL GOMEZ-GONZALEZ

6                    IN THE UNITED STATES DISTRICT COURT

7                   FOR THE EASTERN DISTRICT OF CALIFORNIA
8

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 14-219 TLN |
| Plaintiff, | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| v. | |
| DANIEL GOMEZ-GONZALEZ, | DATE:   October 16, 2014
TIME:   9:30 a.m.
JUDGE:  Hon. Troy L. Nunley |
| Defendants. | |

17       IT IS HEREBY STIPULATED by and between Assistant United States Attorney
18  Christiaan Highsmith, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel
19  for Defendant DANIEL GOMEZ-GONZALEZ, that the status conference scheduled for
20  October 16, 2014, at 9:30 a.m., be vacated and the matter continued to this Court's
21  criminal calendar on October 30, 2014, at 9:30 a.m. for further status conference and
22  anticipated change of plea.  The Government anticipates delivering supplemental
23  discovery to the defense shortly.  Defense counsel will require additional time to review
24  discovery, conduct further investigation, as necessary, and confer with Mr. Gomez-
25  Gonzalez.
26       IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18
27  U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv),
28  (Local code T-4), and that the ends of justice served in granting the continuance and

allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:   October 14, 2014         /S/    Christiaan Highsmith_____
                                                  CHRISTIAAN HIGHSMITH
                                                  Attorney for Plaintiff

                                                  /S/    Clemente M. Jiménez_____
                                                  CLEMENTE M. JIMÉNEZ
                                                  Attorney for DANIEL GOMEZ-GONZALEZ

**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for October 16, 2014, at 9:30 a.m., be vacated and the matter continued to this court's criminal calendar on October 30, 2014, at 9:30 a.m. for further status conference. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

Dated:  October 14, 2014

_____
Troy L. Nunley
United States District Judge