1  CLEMENTE M. JIMÉNEZ, SBN 207136
2  428 J Street, Suite 355
   Sacramento, CA 95814
3  (916) 443-8055

4  Attorney for Defendant
5  DANIEL GOMEZ-GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DANIEL GOMEZ-GONZALEZ,<br><br>  Defendants. | Case No.: 2:14-cr-219 TLN<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:  October 30, 2014<br>TIME:  9:30 a.m.<br>JUDGE:  Hon. Troy L. Nunley |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney Christiaan Highsmith, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant DANIEL GOMEZ-GONZALEZ, that the status conference scheduled for October 30, 2014, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on November 6, 2014, at 9:30 a.m. for further status conference and anticipated change of plea.  The government has provided the defense with a proposed plea agreement.  Counsel will require a short continuance to confer with Mr. Gomez-Gonzalez and to arrange for a Spanish interpreter to formally translate the plea agreement to Mr. Gomez-Gonzalez.

    IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and

allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:   October 28, 2014          /S/     Christiaan Highsmith_____
                                   CHRISTIAAN HIGHSMITH
                                   Attorney for Plaintiff

                                   /S/     Clemente M. Jiménez_____
                                   CLEMENTE M. JIMÉNEZ
                                   Attorney for DANIEL GOMEZ-GONZALEZ

**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for October 30, 2014, at 9:30 a.m., be vacated and the matter continued to this court's criminal calendar on November 6, 2014, at 9:30 a.m. for further status conference. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

This 29th day of October, 2014

_____
Troy L. Nunley
United States District Judge